**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Michael Scott McRAE, Defendant–Appellant.**

No. 01–6020.

United States Court of Appeals, Fourth Circuit.

Submitted May 18, 2001.

Decided May 31, 2001.

Michael Scott McRae, pro se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Robert Edward Skiver, Assistant United States Attorney, John Howarth Bennett, Raleigh, NC, for appellee.

---

* The plaintiffs here are the defendants in the case in the California state court.

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Michael Scott McRae seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.* *United States v. McRae,* Nos. CR–97–94–5–H; CA–00–465–5 (E.D.N.C. Dec. 15, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* We recently held in *United States v. Sanders,* 247 F.3d 139 (4th Cir.2001) (No. 00–6281), that the new rule announced in *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is not retroactively applicable to cases on collateral review. Accordingly, McRae's *Apprendi* claim is not cognizable.